1  **CAROL ANN MOSES**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, CA  93711
3  Telephone: (559) 449-9069
4  Facsimile:   (559) 513-8530

5

   Attorney for Defendant,
6  SHIWEI WANG

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 6:17-po-00455-MJS
12 |           Plaintiff,              | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE**
13 |     v.                            |
14 |                                   |
15 | SHIWEI WANG,                      |
16 |           Defendant.              |

17

18         TO THE ABOVE-ENTITLED COURT:

19         The Defendant SHIWEI WANG, having been advised of his right to be present at all

20 stages of proceedings, including, but not limited to, presentation of and arguments on questions of

21 fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right

22 to be present at the hearing of any motion or other proceeding in this cause.  Examples of

23 hearings concerning which the defendant waives the right to be present include initial appearance,

24 when the case is set for trial, when a continuance is ordered, during a plea or change of plea,

25 during sentencing or any case disposition, or when a motion for reduction of bail or for a personal

26 recognizance release is heard.

27

28 *///*

WAIVER OF DEFENDANT'S                           1
PERSONAL APPEARANCE

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Wang requests a waiver of personal appearance at his initial appearance and at all status conferences. He is charged with Off-road Travel. He lives in Laguna Niguel, California. He is retired. He supports his daughter who goes to college at University of California - Irvine. Mr. Wang is of Chinese decent and has been in the United States for two years. He speaks very broken English and has a limited understanding of the English language. Mr. Wang does not have any criminal history. Susan St. Vincent of the Yosemite Legal Office does not object to the Waiver.

Dated: August 8, 2017 /s/ Shiwei Wang  
SHIWEI WANG

Dated: August 8, 2017 /s/ Carol Ann Moses  
CAROL ANN MOSES  
Attorney for Defendant,  
SHIWEI WANG

ORDER

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance at his initial appearance and at all status conferences in Case #6:17-po-00455-MJS is hereby granted.

IT IS SO ORDERED.

Dated: August 8, 2017        /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE