**CAROL ANN MOSES #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant, SHIWEI WANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>SHIWEI WANG,<br><br>               Defendant. | CASE NO. 6:17-po-00455-MJS<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE TO SEPTEMBER 20, 2017; ORDER THEREON** |

      **IT IS HEREBY STIPULATED** by and between the Defendant, SHIWEI WANG, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter

///

///

///

///

///

///

///

currently scheduled for August 15, 2017, at 1:00 p.m. be continued until September 20, 2017, at 10:00 a.m.

Defense counsel is trying to consolidate trips to Yosemite.

Dated: August 9, 2017                              /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
                                                   Attorney for Defendant,
                                                   SHIWEI WANG

Dated: August 9, 2017                              /s/ Susan St. Vincent
                                                   SUSAN ST. VINCENT
                                                   Legal Officer
                                                   National Park Service

ORDER

The Court accepts the above Stipulation and hereby continues Defendant Shiwei Wang's Initial Appearance in case number 6:17-po-00455-MJS from August 15, 2017, to September 20, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 10, 2017                           /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE INITIAL
APPEARANCE TO SEPTEMBER 20, 2017;
ORDER THEREON