**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, SHIWEI WANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>SHIWEI WANG,<br><br>              Defendant. | CASE NO. 6:17-po-00455-MJS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO FEBRUARY 27, 2018; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, SHIWEI WANG, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter

///

///

///

///

///

///

///

STIPULATION TO CONTINUE STATUS
CONFERENCE TO FEBRUARY 27, 2018;
ORDER THEREON

1

currently scheduled for February 6, 2018, at 10:00 a.m. be continued until February 27, 2018, at 10:00 a.m.

Defense counsel is Treasurer for the Eastern District Conference Committee which meets at noon the first Tuesday of every month. She is required to attend all meetings.

Dated: December 12, 2017         /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 SHIWEI WANG

Dated: December 12, 2017         /s/ Susan St. Vincent
                                 SUSAN ST. VINCENT
                                 Legal Officer
                                 National Park Service

**ORDER**

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, the February 6, 2018, Status Conference for Shiwei Wang, Case 6:17-po-00455-MJS, is continued to February 27, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 14, 2017        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS
CONFERENCE TO FEBRUARY 27, 2018;
ORDER THEREON