Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
P.O. Box 517
Yosemite, California 95389

Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHIWEI WANG,<br><br>　　　　Defendant. | Docket number: 6:17-PO-00455-MJS<br><br>STIPULATION TO VACATE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Shiwei Wang, by and through his attorney, Carol Moses, that the status conference in the above-captioned matter set for February 27, 2018 be vacated and the defendant be allowed to withdraw his previously entered not guilty plea and post a collateral in lieu of personal appearance, and that the collateral amount set at $250 plus a $30 processing fee, a total forfeiture amount of $280. The defendant requests approval from the Court for traffic school, and the Government recommends traffic school be approved.

//

//

//

1

At the completion of traffic school, the Defendant will pay the $280.00 to the Central Violations Bureau.

Dated:  January 19, 2018         /S/ Susan St. Vincent
                                                                                   Susan St. Vincent
                                                                                   Legal Officer
                                                                                   Yosemite National Park

Dated:  January 19, 2018          /S/ Carol A. Moses
                                                                                  Carol A. Moses
                                                                                  Attorney for Defendant
                                                                                  Shiwei Wang

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the February 27, 2018, status conference in *U.S. v. Wang*, *6:17-PO-00455-MJS*, is vacated.  The court further orders:

1. The defendant's previously entered not-guilty plea is withdrawn
2. The Defendant is approved to take traffic school
3. At the completion of traffic school the defendant will pay a collateral forfeiture of $250 plus a $30 processing fee to the Central Violation Bureau

IT IS SO ORDERED.

Dated:  January 22, 2018          /s/ *Michael J. Seng*
                                                                                  UNITED STATES MAGISTRATE JUDGE